UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTELL GOSZTYLA, | No. 2:21-cv-1815-EFB P |
| Petitioner, | |
| v. | ORDER |
| M. PARALLES, | |
| Respondent. | |

Ms. Gosztyla is a state prisoner proceeding without counsel. This action was opened when she filed a request for an extension of time to file a petition for relief under 28 U.S.C. § 2254. On November 4, 2021, the court informed Ms. Gosztyla that there was no case before the court until she filed an actual petition. ECF No. 6 (citing Fed. R. Civ. P. 3). The court also warned Ms. Gosztyla that she needed to either seek leave to proceed in forma pauperis or pay the filing fee. The court warned Ms. Gosztyla that failure to comply with the court's order could result in this case being closed.

To date, Ms. Gosztyla has not complied with the court's order or responded in any way. In the absence of an actual petition, there is simply no case before the court.

Accordingly, the Clerk is directed to close this case.

DATED: December 10, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE